ANTHONY KOECHLEY

*v.*

STATE OF ILLINOIS.

*Opinion filed May 12, 1918.*

SERVICES—*Huennig* v. *State, ante followed.* The facts in this case are governed by the facts in the case of *John Huennig* v. *State of Illinois, supra.*

T. J. Condon, for Claimant.

Edward J. Brundage, Attorney General, for State.

This case is similar to the case of John W. Huennig in which case an opinion has been filed this date. For the reasons assigned in that case, we make an award to claimant in this case of two hundred eighty and 00/100 ($280.00) dollars.